Michael D. Rounds (Nevada Bar # 4734)
Ryan E. Johnson (Nevada Bar # 9070)
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511
(775) 324-4100 (phone)
(775) 333-8171 (facsimile)
mrounds@watsonrounds.com
rjohnson@watsonrounds.com

Mark T. Jansen (admitted *pro hac vice*)
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, 8th Fl.
San Francisco, CA 94111
(415) 576-0200 (phone)
(415) 576-0300 (facsimile)
mtjansen@townsend.com

Cedric C.Y. Tan (admitted *pro hac vice*)
Kristin M. Cooklin (admitted *pro hac vice*)
TOWNSEND AND TOWNSEND AND CREW LLP
1301 K Street, N.W.
Ninth Floor, East Tower
Washington, D.C. 20005
(202) 481-9900 (phone)
(202) 481-3972 (facsimile)
cctan@townsend.com
kmcooklin@townsend.com

*Attorneys for Defendant/Counter-Plaintiff Watson Laboratories, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DURAMED PHARMACEUTICALS, INC., <br><br> Plaintiff, <br> v. <br> WATSON LABORATORIES, INC. <br><br> Defendant/ Counter-Plaintiff, <br> v. <br> DURAMED PHARMACEUTICALS, INC., <br><br> Counter-Defendant. | Civil Action No. 3:08-cv-0116 (LRH-RAM) <br><br> [_____] **ORDER GRANTING WATSON LABORATORIES, INC.'S MOTION TO FILE EXHIBIT F UNDER SEAL** |

1  Upon consideration of *Defendant Watson Laboratories, Inc.'s Motion To File Exhibit F Under Seal* ("Motion"), and that good cause has been shown for such filing under seal,

It is hereby ORDERED that Watson Laboratories, Inc.'s Motion to Seal is GRANTED and it is further ORDERED the Clerk of the Court shall seal Exhibit F to the *Declaration of Kristin M. Cooklin in Support of Watson Laboratories, Inc.'s Opposition to Duramed's Motion to Compel the Deposition of Napoleon Clark and Cross-Motion for Protective Order Regarding Duramed's Notice of Deposition for Napoleon Clark*.

**SO ORDERED,** this the 27th day of May, 2009.

_____
UNITED STATES MAGISTRATE JUDGE