UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DURAMED PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATSON LABORATORIES, INC., <br><br> Defendant/ Counter-Plaintiff, <br> v. <br><br> DURAMED PHARMACEUTICALS, INC., <br><br> Counter-Defendant. | Civil Action No. 3:08-cv-0116 (LRH-RAM) <br><br> **ORDER GRANTING DEFENDANT WATSON LABORATORIES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE EXPERT OPINIONS OF DR. MICHAEL A. THOMAS (FIRST REQUEST)** |

1  Upon consideration of *Watson Laboratories, Inc.'s Unopposed Motion For An Extension of*
2  *Time to Respond to Plaintiff's Motion for Summary Judgment and Motion to Exclude Expert Opinions*
3  *of Dr. Michael A. Thomas (First Request)* ("Motion") and the entire record before this Court,
4  It is hereby ORDERED that Watson Laboratories, Inc.'s Motion is GRANTED and it is further
5  ORDERED that Watson's responses to the Duramed motions are due September 10, 2009.

**IT IS SO ORDERED:**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  September 2, 2009