UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DURAMED PHARMACEUTICALS, INC. ) | |
| ) | 3:08-cv-00116-LRH-RAM |
| Plaintiff, ) | |
| ) | MINUTE ORDER |
| vs. ) | |
| ) | June 17, 2011 |
| WATSON LABORATORIES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: NONE APPEARING          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):         NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Before the court is Plaintiff's Emergency Notice of Motion and Motion for a Temporary Injunction Pending Appeal; and Memorandum of Points and Authorities in Support Thereof (#297)[1].

    IT IS ORDERED that Plaintiff's Emergency Notice of Motion and Motion for a Temporary Injunction Pending Appeal; and Memorandum of Points and Authorities in Support Thereof (#297) is DENIED.

    IT IS SO ORDERED.

                        LANCE S. WILSON, CLERK

                    By:      /s/
                           Deputy Clerk

---

[1] Refers to the court's docket number.