UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DURAMED PHARMACEUTICALS, INC., <br><br>　　　　　　　Plaintiff, <br><br>vs. <br><br>WATSON LABORATORIES, INC., <br><br>　　　　　　　Defendant. | 3:08-cv-00116-LRH-RAM <br><br> <u>MINUTE ORDER</u> <br><br> July 18, 2011 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:　NONE APPEARING　　　REPORTER:　NONE APPEARING

COUNSEL FOR PLAINTIFF(S):　　　NONE APPEARING

COUNSEL FOR DEFENDANT(S):　　　NONE APPEARING

MINUTE ORDER IN CHAMBERS:

　　　Before the Court is Plaintiff's Motion to Seal Portions of Watson's Opposition to Duramed's Emergency Motion for Temporary Restraining Order Pending Appeal; Errata to Same; Declaration of Edward Thwaite; Declaration of Walter Vandaele; Declaration of Mark T. Jansen (Doc. #306[1]).  A stipulated protective order (#52) has been filed in this case; therefore, good cause appearing,

　　　IT IS ORDERED that Plaintiff's Motion to Seal Portions of Watson's Opposition to Duramed's Emergency Motion for Temporary Restraining Order Pending Appeal; Errata to Same; Declaration of Edward Thwaite; Declaration of Walter Vandaele; Declaration of Mark T. Jansen (Doc. #306) is GRANTED.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　　　　By:　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

---

[1] Refers to court's docketing number.