UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DURAMED PHARMACEUTICALS, INC.,

        Plaintiff,

v.

WATSON LABORATORIES, INC.,

        Defendant.

3:08-cv-0116-LRH-RAM

ORDER

    Before the court is plaintiff Duramed Pharmaceuticals, Inc.'s ("Duramed") motion for a status conference. Doc. #246. In response to this request, a status conference was set for and heard on June 6, 2011. *See* Doc. ##257, 258. However, an order granting Duramed's motion was never issued. Accordingly, the court shall grant Duramed's motion for a status conference nunc pro tunc.

    IT IS THEREFORE ORDERED that plaintiff's motion for a status conference (Doc. #246) is GRANTED nunc pro tunc.

    IT IS SO ORDERED.

    DATED this 25th day of August, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE