FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 19 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DURAMED PHARMACEUTICALS, INC.,  )
                Plaintiff,  )    3:08-cv-0116-LRH-RAM
v.  )    ORDER
WATSON LABORATORIES, INC.,  )
                Defendant.  )

    Before the court is plaintiff Duramed Pharmaceuticals, Inc.'s ("Duramed") motion for leave to file an amended complaint. Doc. #308.[1]

    Also before the court is defendant Watson Laboratories, Inc.'s ("Watson") cross-motion to bifurcate, or in the alternative for leave to file a motion for summary judgment. Doc. #309.

**I.   Facts and Background**

    Plaintiff Duramed is a pharmaceutical company that researches, patents, commercializes, markets, and distributes brand name pharmaceutical drugs. On January 22, 2008, Duramed was issued U.S. Patent No. 7,320,969 ("the '969 patent") for a new extended contraceptive regimen to be marketed under the brand name Seasonique.

    On March 6, 2008, Duramed filed the instant action against Watson for infringement of the

---

[1] Refers to the court's docket number.

1. '969 patent. After the initiation of this action, Watson began marketing and distributing its generic.
2. Thereafter, Duramed filed the present motion for leave to file an amended complaint. Doc. #308.

## II.   Discussion

A party may amend its pleadings after a responsive pleading has been filed by leave of court. FED. R. CIV. P. 15(a)(2). Leave of court to amend should be freely given when justice so requires and when there is no undue delay, bad faith, or dilatory motive on the part of the moving party. *See Wright v. Incline Village General Imp. Dist.*, 597 F.Supp.2d 1191 (D. Nev. 2009); *DCD Programs, LTD v. Leighton*, 883 F.2d 183 (9th Cir. 1987).

Here, Duramed requests leave to amend its complaint to add a new cause of action for direct infringement against Watson. *See* Doc. #308. A copy of the proposed amended complaint is attached as Exhibit 1 in accordance with LR 15-1. Doc. #308, Exhibit 1.

The court finds that there is no undue delay, bad faith, or dilatory motive on behalf of Duramed in requesting leave to amend his complaint. Further, the court finds that Watson would not be prejudiced by allowing amendment because Watson did not begin distributing its generic competing drug until July 2011. Accordingly, the court shall grant Duramed's motion for leave to amend its complaint.

///
///
///
///
///
///
///
///
///

2

IT IS THEREFORE ORDERED that plaintiff's motion for leave to file an amended complaint (Doc. #308) is GRANTED. The clerk of court shall file the attached amended complaint (Doc. #308, Exhibit 1).

IT IS FURTHER ORDERED that defendant's cross-motion to bifurcate, or in the alternative for leave to file a motion for summary judgment (Doc. #309) is GRANTED. Defendant shall have up to sixty (60) days from entry of this order to file a motion for summary judgment.

IT IS SO ORDERED.

DATED this 19th day of September, 2011.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE