FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 19 2011

CLERK  DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DURAMED PHARMACEUTICALS, INC.,     )
                                   )
            Plaintiff,             )        3:08-cv-0116-LRH-RAM
                                   )
v.                                 )        ORDER
                                   )
WATSON LABORATORIES, INC.,         )
                                   )
            Defendant.             )
_____)

Before the court is plaintiff Duramed Pharmaceuticals, Inc.'s ("Duramed") motion for leave to file an amended complaint. Doc. #308.[1]

Also before the court is defendant Watson Laboratories, Inc.'s ("Watson") cross-motion to bifurcate, or in the alternative for leave to file a motion for summary judgment. Doc. #309.

I.     **Facts and Background**

Plaintiff Duramed is a pharmaceutical company that researches, patents, commercializes, markets, and distributes brand name pharmaceutical drugs. On January 22, 2008, Duramed was issued U.S. Patent No. 7,320,969 ("the '969 patent") for a new extended contraceptive regimen to be marketed under the brand name Seasonique.

On March 6, 2008, Duramed filed the instant action against Watson for infringement of the

_____

[1] Refers to the court's docket number.

1 | '969 patent. After the initiation of this action, Watson began marketing and distributing its generic.

2 | Thereafter, Duramed filed the present motion for leave to file an amended complaint. Doc. #308.

3 | **II.   Discussion**

4 | A party may amend its pleadings after a responsive pleading has been filed by leave of

5 | court. FED. R. CIV. P. 15(a)(2). Leave of court to amend should be freely given when justice so

6 | requires and when there is no undue delay, bad faith, or dilatory motive on the part of the moving

7 | party. *See Wright v. Incline Village General Imp. Dist.*, 597 F.Supp.2d 1191 (D. Nev. 2009); *DCD*

8 | *Programs, LTD v. Leighton*, 883 F.2d 183 (9th Cir. 1987).

9 | Here, Duramed requests leave to amend its complaint to add a new cause of action for direct

10 | infringement against Watson. *See* Doc. #308. A copy of the proposed amended complaint is

11 | attached as Exhibit 1 in accordance with LR 15-1. Doc. #308, Exhibit 1.

12 | The court finds that there is no undue delay, bad faith, or dilatory motive on behalf of

13 | Duramed in requesting leave to amend his complaint. Further, the court finds that Watson would

14 | not be prejudiced by allowing amendment because Watson did not begin distributing its generic

15 | competing drug until July 2011. Accordingly, the court shall grant Duramed's motion for leave to

16 | amend its complaint.

17 | ///

18 | ///

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 |

2

1    IT IS THEREFORE ORDERED that plaintiff's motion for leave to file an amended

2  complaint (Doc. #308) is GRANTED. The clerk of court shall file the attached amended complaint

3  (Doc. #308, Exhibit 1).

4    IT IS FURTHER ORDERED that defendant's cross-motion to bifurcate, or in the

5  alternative for leave to file a motion for summary judgment (Doc. #309) is GRANTED. Defendant

6  shall have up to sixty (60) days from entry of this order to file a motion for summary judgment.

7    IT IS SO ORDERED.

8    DATED this 19 day of September, 2011.

9                                                   _____

10                                                 LARRY R. HICKS
                                                   UNITED STATES DISTRICT JUDGE

11

12

13·

14

15

16

17

18

19

20

21

22

23

24

25

26

3