1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DURAMED PHARMACEUTICALS, INC., | Civil Action No. 3:08-cv-0116 (LRH-RAM) |
| Plaintiff, | **ORDER GRANTING DEFENDANT WATSON LABORATORIES, INC.'S *EX PARTE* MOTION FOR EXTENSION OF PAGE LIMITS FOR REPLY AND FOR MORE TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO WATSON'S MOTION FOR SUMMARY JUDGMENT RE OBVIOUSNESS AND OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE** |
| v. | |
| WATSON LABORATORIES, INC., | |
| Defendant/ Counter-Plaintiff, | |
| v. | |
| DURAMED PHARMACEUTICALS, INC., | **The Hon. Larry R. Hicks** |
| Counter-Defendant. | |

1     Upon consideration of *Watson Laboratories, Inc.'s Ex Parte Motion For An Extension of Page Limits For Reply And For More Time To Reply To Plaintiff's Opposition For Summary Judgment Re Obviousness And Opposition To Plaintiff's Motion To Strike* ("Motion") and the entire record before this Court,

    It is hereby ORDERED that Watson Laboratories, Inc.'s Motion is GRANTED and it is further ORDERED that Watson may file a reply brief in support of its Motion for Summary Judgment Re Obviousness up to 30-pages and the reply brief and its Opposition to the Motion to Strike shall be due January 6, 2012.

IT IS SO ORDERED:

DATED this 21st day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT